**Donald A. Vaughn, Esq. (SBN: 110070)**
**VAUGHN & VAUGHN**
**501 West Broadway, Suite 1025**
**San Diego, CA 92101**
**Telephone: (619) 237-1717**
**Facsimile: (619) 237-0447**
**Email: dav@vv-law.com**

Attorneys for Plaintiff-Appellant: Jack Schindler

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JESSE WAYNE DAWBER, an individual,<br><br>Debtor.<br><br>_____<br><br>JACK SCHINDLER,<br><br>         Plaintiff-Appellant.<br><br>v.<br><br>HOGAN LOVELLS US LLP,<br><br>         Defendant-Appellee. | **Case No. 22-cv-881-WQH-BGS**<br>Member Case No.: 22-cv-882-WQH-BGS<br><br><br><br>**STIPULATION AND JOINT MOTION FOR DISMISSAL OF APPEALS** |

TO THIS HONORABLE COURT: Pursuant to the following stipulation, the parties hereto (the "Parties") jointly move for Dismissal of these consolidated appeals (the "Appeals").

## **STIPULATION**

By and through their undersigned counsel of record, the Parties to these Appeals from the United States Bankruptcy Court for the Southern District of California hereby stipulate and move for Dismissal of the Appeals as follows:

1.    These appeals arise from: (1) a Judgment of the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court) entered after granting the Motion of defendant/appellee HOGAN LOVELLS US LLP ("Hogan") to Dismiss the Second Amended Complaint of plaintiff/appellant JACK SCHINDLER ("Schindler") in Adversary Proceeding No. 21-90109-LT, and (2) the Bankruptcy Court's Order denying Schindler's Motion to Remand said Adversary Proceeding.

2.    The Bankruptcy Court entered a Minute Order granting Hogan's Motion to Dismiss on June 1, 2022 and Judgment in favor of Hogan and against Schindler was entered on July 15, 2022.

3.    The Bankruptcy Court entered a Minute Order denying Schindler's Motion to Remand on June 1, 2022, and a formal order denying said Remand Motion was entered on July 15, 2022.

4.    Schindler filed a Notice of Appeal from the Dismissal Minute Order on June 15, 2022, and an Amended Notice of Appeal from the Judgment on July 28, 2022. Schindler's Appeal from the Judgment was assigned to, and is pending in, this Court as Case No. 22-cv-881-WQH-BGS.

5.    Schindler filed a Notice of Appeal from the Remand Minute Order on June 15, 2022, and an Amended Notice of Appeal from the formal Order denying Schindler's Motion to Remand on July 28, 2022. This appeal was assigned to the Honorable Cynthia Bashant as Case No. 22-cv-882-BAS-JLB.

6.    On August 11, 2022, Schindler filed a Joint Motion to Consolidate the Appeals, and to set a Briefing Schedule for the Appeals.

7.    On August 16, 2022, the Court in Case No. 22-cv-881-WQH-BGS entered an Order vacating its prior Order concerning the schedule for Appellate Briefing, and set a new briefing schedule.

8.    On September 2, 2022, an Order of Transfer was entered reassigning Case No. 22-cv-882-BAS-JLB to the Honorable William Q. Hayes.

|   |   |
|---|---|
| 1 | 9. On September 6, 2022, the Court entered its Order Consolidating the Appeals, with Case No. 22-cv-881-WQH-BGS as the lead case. |

10. The Parties have resolved their differences and, therefore, jointly agree and request that this Court enter its Order dismissing the consolidated Appeals, including both Case No. 22-cv-882-WQH-BGS and Case No. 22-cv-881-WQH-BGS, with prejudice.

**IT IS SO STIPULATED.**

Dated: September 7, 2022          **VAUGHN & VAUGHN**

*/s/ Donald Vaughn*___
DONALD VAUGHN
Attorneys for Plaintiff-Appellant Jack Schindler

Dated: September 7, 2022          **KTBS LAW LLP**

*/s/ Samuel Kidder*___
SAMUEL KIDDER
Attorneys for Defendant-Appellee Hogan Lovells US LLP